IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DANA SOPER, :
:
    Plaintiff(s), :
: Case Number: 1:07cv645
vs. :
: Chief Judge Susan J. Dlott
INFUSION PARTNERS, INC., :
:
    Defendant(s). :

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 26, 2008 a Report and Recommendation (Doc. 26). Subsequently, the plaintiff filed objections to such Report and Recommendations and defendants filed a response to the objections (Doc. 33).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

    Accordingly, it is **ORDERED** that Plaintiff's motion to set aside the administrative decision (Doc. 17) is **DENIED.** Objections to Magistrate Judge's order (Doc. 27) are hereby **DENIED AS MOOT.** This case is hereby **CLOSED.**

    **IT IS SO ORDERED.**

                                          ___s/Susan J. Dlott_____
                                          **Chief Judge Susan J. Dlott**
                                          **United States District Court**